UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.: 1:20-cv-347

| | |
|---|---|
| KATHERINE B. PATTERSON, )<br>)<br>Plaintiff, )<br>)                          **NOTICE OF REMOVAL**<br>vs. )<br>)<br>TEXSOURCE, INC., B HOLDING, INC., )<br>THE PRINTIN' PRESS, INC., AND )<br>ROBERT F. BOLIN, Individually, )<br>)<br>Defendants. ) | |

Pursuant to 28 U.S.C. §1441 and §1446, Defendants, TexSource, Inc., B Holding, Inc., The Printin' Press, Inc. and Robert F. Bolin, through counsel, gives notice of removal from the Cleveland County, North Carolina, Superior Court of that civil action styled "Katherine B. Patterson, Plaintiff vs. TexSource, Inc., B Holding, Inc., The Printin' Press, Inc. and Robert F. Bolin, Individually, Defendants" and designated as 20-CVS-1622 (the "State Court Action") to this Court, the United States District Court for the Western District of North Carolina, and shows the following grounds for removal:

      1.      On October 20, 2020, Plaintiff commenced the State Court Action by filing a Complaint and causing Summons to issue to Defendants. In accordance with 28 U.S.C. §1446(a), a copy of the Complaint and Summons are attached to this Notice of Removal as Exhibit A.

      2.      Defendants were served with the Summons and Complaint from the State Court Action no earlier than October 28, 2020. This Notice of Removal is therefore timely in accordance with 28 U.S.C. §1446(b)(1).

      3.      The Complaint in the State Court Action alleges claims for "Violation of Title VII – Sex Discrimination & Retaliation" – claims which arise under 42 U.S.C. §2000e ("Title VII").

1

4. This action is subject to removal under 28 U.S.C. §1331 as the Title VII claims in the State Court Action arise under the laws of the United States.

5. The State Court Action also includes claims for "Wrongful Discharge in Violation of State Public Policy," "Civil Sexual Battery," "Abuse of Process," "Intentional Infliction of Emotional Distress," and "Pierce the Corporate Veil." Such additional claims arise out of the same nucleus of operative facts as the Title VII claims and are part of the same case or controversy and thus this Court has supplemental jurisdiction over such claims pursuant to 28 U.S.C. §1367.

6. This Court therefore has original jurisdiction over this civil action pursuant to 28 U.S.C. §1331 and this action is removable pursuant to 28 U.S.C. §1441 based on federal subject matter jurisdiction.

7. This Notice of Removal was served on Plaintiff and is being filed with the Clerk of the Superior Court of Cleveland County, North Carolina, as required by 28 U.S.C. §1446(d).

WHEREFORE, Defendants TexSource, Inc., B Holding, Inc., The Printin' Press, Inc. and Robert F. Bolin, pray that the State Court Action pending in the Cleveland County, North Carolina, Superior Court be removed to this Court, as provided by law, and, pursuant to 28 U.S.C. §1446, and that the Cleveland County Superior Court proceed no further unless and until this case is remanded.

Respectfully submitted this 25th day of November 2020.

                                    **GRAY, LAYTON, KERSH,**
                                    **SOLOMON, FURR & SMITH, P.A.**

                    By:    /s/ Michael L. Carpenter
                           Michael L. Carpenter
                           Christopher M. Whelchel
                           Post Office Box 2636
                           Gastonia, North Carolina 28053-2636
                           Telephone: 704-865-4400
                           Facsimile: 704-866-8010
                           mcarpenter@gastonlegal.com
                           cwhelchel@gastonlegal.com

                           *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

       Certified that on this 25th day of November 2020, I have served a copy of the foregoing **Defendants' Notice of Removal** upon counsel for Plaintiff by placing said copy in a postpaid envelope addressed as follows, which is the last known address, and by depositing said envelope and its contents in the United States mail:

               Jenny L. Sharpe, Esq.
               J Sharpe, PLLC
               15720 Brixham Hill Ave, Suite 300
               Charlotte, NC 28277

               Julie H. Fosbinder, Esq.
               Fosbinder Law Office
               840 Seneca Place
               Charlotte, NC 28210

               ***Attorneys for Plaintiff***

                                          /s/ Michael L. Carpenter
                                        Michael L. Carpenter