IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Action No. 1:20-cv-0347-MR-WCM

| | |
|---|---|
| KATHERINE B. PATTERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TEXSOURCE, INC., B HOLDING, INC., | ) |
| THE PRINTIN' PRESS, INC. and | ) |
| ROBERT F. BOLIN, Individually, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Katherine B. Patterson, and the Defendants, TexSource, Inc., B Holding, Inc., The Printin' Press, Inc., and Robert F. Bolin, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice. Each party shall bear their own costs and attorneys' fees incurred in this action.

Respectfully submitted this 16th day of September, 2021.

**For the Plaintiff:**

*/s/ Jenny L. Sharpe*
Jenny L. Sharpe, Esq.
N.C. State Bar No. 13698
**J SHARPE, PLLC**
15720 Brixham Hill Avenue
Suite 300
Charlotte, NC 28277
Telephone: (704) 944-3272
Facsimile: (704) 944-3201
Email: sharpeattorney@gmail.com

1

**For Defendants:**

*/s/ L. Kristin King*
L. Kristin King, Esq.
**MARTINEAU KING, PLLC**
Post Office Box 241268
Charlotte, North Carolina 28224
Telephone: (704) 247-8520
Facsimile: (704) 247-8582
Email: kking@martineauking.com